# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

155453

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

RONNIE LEE KIRBY, JR.,
    Defendant-Appellant.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 155453
COA: 327189
Ingham CC: 14-000272-FC

      By order of September 12, 2017, the application for leave to appeal the January 17, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Chatman* (Docket No. 155184). On order of the Court, leave to appeal having been denied in *Chatman* on March 9, 2018, ___ Mich ___ (2018), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



d0521

                                   Clerk